[No. 38412-4-II.   Division Two.   March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN LAWRENCE STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00399-6, Nelson E. Hunt, J., entered September 30, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.

[No. 38889-8-II.   Division Two.   March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LORIN HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05355-9, Kitty-Ann van Doorninck, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 39102-3-II.   Division Two.   March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN DANIEL POTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00135-6, Craddock D. Verser, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 27481-1-III.   Division Three.   March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE B. BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-1-00042-1, John Hotchkiss, J., entered October 13, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.